IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, YINZCAM, INC., a Pennsylvania Corporation, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>*Defendants*. | Case No. 2:16-cv-01573-AJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Filed Electronically** |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff Alan Rackemann ("Plaintiff") hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice as to his individual claims and without prejudice as to the claims of the putative Class members.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[]." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have neither answered Plaintiff's complaint nor moved for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

                                           Respectfully submitted,

                                           **ALAN RACKEMANN**, individually and on behalf of all others similarly situated,

Dated: November 18, 2016         By: /s/ David S. Senoff
                                              One of Plaintiff's Attorneys

                                           David S. Senoff
                                           Anapol Weiss
                                           One Logan Square
                                           130 N. 18th Street Suite 1600
                                           Philadelphia, Pennsylvania 19103
                                           dsenoff@anapolweiss.com

                                           Rafey S. Balabanian*
                                           Eve-Lynn J. Rapp*
                                           Stewart R. Pollock*
                                           EDELSON PC
                                           123 Townsend Street,
                                           San Francisco, California 94107
                                           Tel: 415.212.9300
                                           Fax: 415.373.9435
                                           rbalabanian@edelson.com
                                           erapp@edelson.com
                                           spollock@edelson.com

                                           *Intention to seek pro hac admission mooted by notice of voluntary dismissal*

                                           *Counsel for Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

    I, David S. Senoff, hereby certify that I served the foregoing Notice of Voluntary Dismissal on November 18, 2016 on the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ DAVID S. SENOFF
        David S. Senoff, Esquire